FILED
OCT - 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
### Eastern District of California

| | |
|---|---|
| DIMAS O'CAMPO<br>Plaintiff(s),<br>V.<br>STEVE DECLERCK ENTERPRISES, INC.<br>dba TACO BELL #021286, et al.<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:16-cv-01769-JAM-CMK |

Notice is hereby given that, subject to approval by the court, Steve DeClerck Enterprises, Inc. dba Taco Bell #021286 substitutes
(Party (s) Name)

Darrin W. Mercier , State Bar No. 166125 as counsel of record in place
(Name of New Attorney)

place of   Cris C. Vaughan .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Law Office of Darrin W. Mercier
Address:         409 W. Center Street, Yreka, California 96097
Telephone:       (530) 842-2054        Facsimile    (530) 842-9340
E-Mail (Optional):  darrin@sisqlaw.com

I consent to the above substitution.                 Steve DeClerck Enterprises, Inc. dba Taco Bell #021286
Date:    9-27-16                                     STR D. C___
                                                     (Signature of Party (s))

I consent to being substituted.                      Cris C. Vaughan
Date:    9-27-16                                     /s/ Cris C. Vaughan
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    9-27-16                                     _____
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    10-3-2016                                   _____
                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]