Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
Stephanie L. Ross, SBN 297840
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@HubsLaw.com

Attorneys for Plaintiff

United States District Court

Eastern District of California

| | |
|---|---|
| Dimas O'Campo,<br><br>  Plaintiff,<br><br>  vs.<br><br>Steve De Clerck Enterprises, Inc.<br>dba Taco Bell #021286, et al<br>  Defendants. | Case No. 2:16-cv-01769-JAM-CMK<br><br>**Notice of Unavailability** |

*O'Campo v Steve De Clerck Enterprises, Inc. dba Taco Bell #021286, et al*
Case No: 2:16-cv-01769-JAM-CMK
Notice of Unavailability
Page 1

1  To all parties and their attorneys of record:

2      Please take notice that Plaintiff's counsel, *viz,* Scottlynn J Hubbard, Khushpreet R. Mehton and Stephanie L. Ross, will be absent from the office and unavailable from May 30, 2017, through June 16, 2017, for any purpose whatsoever, including, but not limited to, receiving or responding to notices of any kind, receiving or responding to correspondence of any kind, responding to *ex parte* applications, appearing in Court or attending depositions.

Dated: May 3, 2017        DISABLED ADVOCACY GROUP, APLC

                                      /s/ Scottlynn J Hubbard    /
                                      Scottlynn J Hubbard
                                      Attorney for Plaintiff