| | |
|---|---|
| 1 | **GARY BRICKWOOD (SBN 94892)**<br>**BRICKWOOD LAW OFFICE** |
| 2 | 1135 Pine St., Suite 210<br>Redding, CA 96001 |
| 3 | Tel (530) 245-1877<br>Fax (530) 245-1879 |

Attorneys for Defendants
ANDREA L. SILVER MERRILL
and RICHARD WALTON MERRILL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO, | ) Case No.: 2:16-cv-01769-JAM CMK |
| Plaintiff, | ) **ORDER RE: STIPULATION FOR**<br>) **MERRILL DEFENDANTS TO AMEND** |
| vs. | ) **ANSWER TO ADD CROSS-CLAIMS** |
| STEVE DE CLERCK ENTERPRISES, INC. dba TACO BELL #021286; ANDREA L. SILVER aka ANDREA L. SILVER MERRILL, SUCCESSOR TRUSTEE of the LUCILLE F. MORGAN IRREVOCABLE LIVING TRUST NUMBER TWO; RICHARD WALTON MERRILL, | ) |
| Defendants. | ) |

The Court having considered the stipulation submitted by counsel for Plaintiff and counsel for Defendants GRANTS the stipulation.

Defendants may amend the Answer and file the attached **Exhibit A** to the parties' stipulation.

IT IS SO ORDERED.

DATED: May 19, 2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

ORDER RE: STIPULATION FOR MERRILL DEFENDANTS TO AMEND ANSWER TO ADD CROSS-CLAIMS

1