**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
ANDREA L. SILVER MERRILL
and RICHARD WALTON MERRILL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVE DE CLERCK ENTERPRISES, INC. dba TACO BELL #021286; ANDREA L. SILVER aka ANDREA L. SILVER MERRILL, SUCCESSOR TRUSTEE of the LUCILLE F. MORGAN IRREVOCABLE LIVING TRUST NUMBER TWO; RICHARD WALTON MERRILL,<br><br>　　　　Defendants.<br>_____<br>ANDREA L. SILVER aka ANDREA L. SILVER MERRILL, SUCCESSOR TRUSTEE of the LUCILLE F. MORGAN IRREVOCABLE LIVING TRUST NUMBER TWO; RICHARD WALTON MERRILL,<br><br>　　　　Cross-Claimants,<br><br>vs.<br><br>C&k MARKETS, INC., dba RAY'S FOOD PLACE; AND ROES 1 through 10,<br><br>　　　　Cross-Defendants.<br>_____ | Case No.:  2:16-cv-01769-JAM CMK<br><br>**PROOF OF SERVICE OF SUMMONS AND DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIM ON C&K MARKETS, INC.** |

PROOF OF SERVICE

1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Gary C. Brickwood, Esq. | SBN: 94892<br>Brickwood Law Office<br>1135 Pine Street  Suite 210 Redding, CA 96001<br>TELEPHONE NO.: (530) 245-1877 | FAX NO. (530) 245-1879 | E-MAIL ADDRESS (Optional): office@brickwoodlaw.com<br>ATTORNEY FOR (Name): : | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 501 I STREET, ROOM 4-200
MAILING ADDRESS:
CITY AND ZIP CODE: SACRAMENTO, CA 95814
BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA

PLAINTIFF: Dimas O'Campo

DEFENDANT: Steve De Clerck Enterprises, Inc., et al.

CASE NUMBER: 2:16-cv-01769-JAM-CMK

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: O'Campo v. De Clerck

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Summons in a Civil Case;Defendants Andrea L. Silver Merrill and Richard Walton Merrill's First Amended Answer to Plaintiff's Complaint and Cross-Claim**
3. a. Party served *(specify name of party as shown on documents served):*
   **C&K Markets, Inc.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Karl Wissmann - Agent for Service**

4. Address where the party was served: **C&K Markets**
   **830 O'Hare Parkway**
   **Medford, OR 97504**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **6/2/2017** at *(time):* **12:49 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **Angelina Malgarejo - Receptionist - Authorized to Accept Service**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*   from *(city):*                                            or ☑ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LPP46927

| PETITIONER: Dimas O'Campo | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Andrea L. Silver et al. | 2:16-cv-01769-JAM-CMK |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                    (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)       ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
   a. Name: **Kristeen Martin - Legal Photocopy Service**
   b. Address: **2700 Eureka Way  Redding, CA 96001**
   c. Telephone number: **(530) 241-7686**
   d. The fee for service was: $
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner     ☐ employee     ☑ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/5/2017**

**Legal Photocopy Service
2700 Eureka Way
Redding, CA 96001
(530) 241-7686
www.legalphotocopy.com**

        **Kristeen Martin**
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ *(signature)*     (SIGNATURE)

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | 6/2/17 @ 12:49 pm |
| NAME OF SERVER *(PRINT)* KRISTEEN MARTIN | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: ANGELINA MALGAREJO - RECEPTIONIST, AUTHORIZED TO ACCEPT SERVICE

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

SERVED AT: 830 O'HARE PARKWAY MEDFORED OREGON 97504

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/5/17
Date            *Signature of Server*

2700 EUREKA WAY REDDING CA 96001
*Address of Server*

| Attorney or Party without Attorney: Gary C. Brickwood, Esq., SBN: 94892<br>Brickwood Law Office<br>1135 Pine Street Suite 210<br>Redding, CA 96001<br>TELEPHONE No.: (530) 245-1877  FAX No. (Optional): (530) 245-1879  E-MAIL ADDRESS (Optional): office@brickwoodlaw.com<br>Attorney for: | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: O'Campo v. De Clerck | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

Plaintiff: Dimas O'Campo

Defendant: Steve De Clerck Enterprises, Inc., et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:16-cv-01769-JAM-CMK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case;Defendants Andrea L. Silver Merrill and Richard Walton Merrill's First Amended Answer to Plaintiff's Complaint and Cross-Claim;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Chico, 95928, California, addressed as follows:

   a. Date of Mailing:        June 06, 2017
   b. Place of Mailing:       Chico, 95928, CA
   c. Addressed as follows:   C&K Markets, Inc.
                              830 O'Hare Parkway
                              Medford, OR 97504

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Chico, 95928, California in the ordinary course of business.

Fee for Service: $ 120.00
**Legal Photocopy Service**
**2700 Eureka Way**
**Redding, CA 96001**
**(530) 241-7686**
**Ref: O'Campo v. De Clerck**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 05, 2017**.

Signature: _Mike A. Lopez_
Mike Lopez

PROOF OF SERVICE BY MAIL

Order#: LPP46927/mailproof