1  | Scottlynn J Hubbard, SBN 212970
2  | Khushpreet R. Mehton, SBN 276827
   | **Disabled Advocacy Group, APLC**
3  | 12 Williamsburg Lane
   | Chico, CA 95926
4  | Telephone:  (530) 895-3252
   | Facsimile:   (530) 894-8244
5  | Email:  usdceast@hubslaw.com

6  | Attorneys for Plaintiff Dimas O'Campo

7  | Darrin W. Mercier, Esq., SBN 166125
8  | **Law Office of Darrin W. Mercier**
9  | 409 W. Center Street
   | Yreka, California  96097
10 | (530) 842-2054 Telephone
   | (530) 842-9340 Facsimile
11 | Email: darrin@sisqlaw.com

12 | Attorneys for Defendant Steve De Clerck Enterprises, Inc.
13 | dba Taco Bell #021286

14 | Gary Brickwood, SBN 94892
15 | **Brickwood Law Office**
   | 1135 Pine Street, Suite 210
16 | Redding, CA 96001
17 | Telephone: (530) 245-1877
   | Facsimile: (530) 245-1879
18 | Email: office@brickwoodlaw.com

19 | Attorney for Defendants and Cross-Claimants Andrea L. Silver Merrill
20 | and Richard Walton Merrill

21
22
23
24
25
26
27
28

*O'Campo v. Steve De Clerck Enterprises, Inc., et al.*                    Case No. 2:16-cv-01769-JAM
Updated Joint Status Report
Page 1 of 4

United States District Court
Eastern District of California

Dimas O'Campo,

      Plaintiff,

v.

Steve De Clerck Enterprises, Inc. dba
Taco Bell #021286; Andrea L. Silver
aka Andrea L. Silver Merrill, Successor
Trustee of the Lucille F. Morgan
Irrevocable Living Trust Number Two;
Richard Walton Merrill,

      Defendants.

_____

Andrea L. Silver aka Andrea L. Silver
Merrill, Successor Trustee of the
Lucille F. Morgan Irrevocable Living
Trust Number Two; Richard Walton
Merrill,

      Cross-Claimants,

v.

C&K Markets, Inc., dba Ray's Food
Place; and Roes 1 through 10,

      Cross-Defendants.

Case No. 2:16-cv-01769-JAM

**Updated
Joint Status Report**

Judge John A. Mendez

Pursuant to the Court's Minute Order of January 8, 2018, Plaintiff Dimas O'Campo ("Plaintiff"), Defendant Steve De Clerck Enterprises, Inc. dba Taco Bell #02128 ("Taco Bell") and Defendants and Cross-Claimants Andrea L. Silver Merrill aka Andrea L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two and Richard Walton Merrill ("Merrills") (collectively, "the Parties") hereby file this Updated Joint Status Report.

1.     In the Court's order of January 8, 2018, the Court ordered the Parties to file an updated joint status report.

2.     On May 24, 2017, defendants Andrea L. Silver and Richard Walton Merrill filed an amended answer that included a cross-claim against C&K Markets, Inc. dba Ray's Food Place.  Docket No. 21.

3.     Cross-defendant C&K Markets, Inc. dba Ray's Food Place has yet to answer the cross-claim, as the Merrills have extended the time to answer in order to facilitate settlement between the Parties.

4.     Plaintiff has filed a second case against the Merrills, alleging access barriers in a different portion of the Shopping Center at issue, captioned *O'Campo v. Silver, et al.*, Eastern District of California Case No. 2:16-cv-01767-TLN-CMK.  The Parties in that action have made substantial progress towards settlement, and the Parties to this action hope to settle both matters simultaneously.

5.     Accordingly, the Parties request an additional ninety (90) days in order to further negotiate settlement.

1

Dated: January  26, 2018          Disabled Advocacy Group, APLC

2

3

4                                  */s/  Scottlynn J Hubbard*

5                                  Scottlynn J Hubbard
                                   Attorneys for Plaintiff Dimas O'Campo

6

7

Dated: January  26, 2018          Law Office of Darrin W. Mercier

8

9

10                                 */s/ Darrin W. Mercier*

11                                 Darrin W. Mercier
                                   Attorney for Defendant Steve De Clerck

12                                 Enterprises, Inc. dba Taco Bell #021286

13

14

15

Dated: January  26, 2018          Brickwood Law Office

16

17

18                                 */s/ Gary Brickwood*

19                                 Gary Brickwood
                                   Attorneys for Defendants and Cross-Claimants

20                                 Andrea L. Silver Merrill and Richard Walton

21                                 Merrill

22

23

24

25

26

27

28