Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244
Email:  usdceast@hubslaw.com

Attorneys for Plaintiff Dimas O'Campo

Darrin W. Mercier, Esq., SBN 166125
**Law Office of Darrin W. Mercier**
409 W. Center Street
Yreka, California  96097
(530) 842-2054 Telephone
(530) 842-9340 Facsimile
Email: darrin@sisqlaw.com

Attorneys for Defendant Steve De Clerck Enterprises, Inc.
dba Taco Bell #021286

Gary Brickwood, SBN 94892
**Brickwood Law Office**
1135 Pine Street, Suite 210
Redding, CA 96001
Telephone: (530) 245-1877
Facsimile: (530) 245-1879
Email: office@brickwoodlaw.com

Attorney for Defendants and Cross-Claimants Andrea L. Silver Merrill and Richard Walton Merrill

United States District Court
Eastern District of California

| | |
|---|---|
| Dimas O'Campo,<br><br>  Plaintiff,<br><br>v.<br><br>Steve De Clerck Enterprises, Inc. dba Taco Bell #021286; Andrea L. Silver aka Andrea L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two; Richard Walton Merrill,<br><br>  Defendants. | Case No. 2:16-cv-01769-JAM<br><br>**Updated<br>Joint Status Report** |
| Andrea L. Silver aka Andrea L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two; Richard Walton Merrill,<br><br>  Cross-Claimants,<br><br>v.<br><br>C&K Markets, Inc., dba Ray's Food Place; and Roes 1 through 10,<br><br>  Cross-Defendants. | Judge John A. Mendez |

Pursuant to the Court's Minute Order of January 8, 2018, Plaintiff Dimas O'Campo ("Plaintiff"), Defendant Steve De Clerck Enterprises, Inc. dba Taco Bell #02128 ("Taco Bell") and Defendants and Cross-Claimants Andrea L. Silver Merrill aka Andrea L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two and Richard Walton Merrill ("Merrills") (collectively, "the Parties") hereby file this Updated Joint Status Report.

1. In the Court's order of January 8, 2018, the Court ordered the Parties to file an updated joint status report.

2. On May 24, 2017, defendants Andrea L. Silver and Richard Walton Merrill filed an amended answer that included a cross-claim against C&K Markets, Inc. dba Ray's Food Place.  Docket No. 21.

3. Cross-defendant C&K Markets, Inc. dba Ray's Food Place has yet to answer the cross-claim, as the Merrills have extended the time to answer to facilitate settlement between the Parties.

4. Plaintiff has filed a second case against the Merrills, alleging access barriers in a different portion of the Shopping Center at issue, captioned *O'Campo v. Silver, et al.*, Eastern District of California Case No. 2:16-cv-01767-TLN-CMK.  The parties in that action have made substantial progress towards settlement, and the parties to this action hope to settle both matters simultaneously.

5. The parties completed some written discovery since the last update to facilitate settlement.

6. Accordingly, the parties request an additional ninety (90) days in order to further negotiate settlement.

| | | |
|---|---|---|
| Dated: April 16, 2018 | | Disabled Advocacy Group, APLC |

　　　　　　　　　　　　　　　　　/s/ Scottlynn J Hubbard
　　　　　　　　　　　　　　　　　Scottlynn J Hubbard
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Dimas O'Campo

Dated: April 16, 2018　　　　　　Law Office of Darrin W. Mercier

　　　　　　　　　　　　　　　　　/s/ Darrin W. Mercier
　　　　　　　　　　　　　　　　　Darrin W. Mercier
　　　　　　　　　　　　　　　　　Attorney for Defendant Steve De Clerck
　　　　　　　　　　　　　　　　　Enterprises, Inc. dba Taco Bell #021286

Dated: April 16, 2018　　　　　　Brickwood Law Office

　　　　　　　　　　　　　　　　　/s/ Gary Brickwood
　　　　　　　　　　　　　　　　　Gary Brickwood
　　　　　　　　　　　　　　　　　Attorneys for Defendants and Cross-Claimants
　　　　　　　　　　　　　　　　　Andrea L. Silver Merrill and Richard Walton
　　　　　　　　　　　　　　　　　Merrill