Scottlynn J Hubbard, SBN 212970
**DISABLED ADVOCACY GROUP, APC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@hubslaw.com
Attorneys for Dimas O'Campo

United States District Court

Eastern District of California

| | |
|---|---|
| Dimas O'Campo,<br><br>Plaintiff,<br><br>v.<br><br>Steve De Clerck Enterprises, Inc.,<br><br>Defendants.<br>———————————————<br>and Cross-Claim Cases | Case No. 2:16-cv-01769-JAM-CMK<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that this matter has been resolved in its entirety. The parties anticipate filing a Stipulation for Dismissal on or before September 1, 2018.

Dated: July 20, 2018          DISABLED ADVOCACY GROUP, APLC


_/s/ Scottlynn J Hubbard, esq._  /
SCOTTLYNN J HUBBARD
Attorney for Plaintiff

*O'Campo v. Steve De Clerck Enterprises, Inc., et al.*, Case No. 2:16-cv-01769-JAM
Notice of Settlement

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On July 20, 2018 I served the foregoing document entitled NOTICE OF SETTLEMENT on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

☒    **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐    **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). *The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration and/or no error was reported by the machine.*

☐    **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐    **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Legal Solution Attorney Services LLC, whose business address is 404 W. 4th Street, Suite B, Santa Ana, CA 92701.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 20, 2018, at Irvine, California.

Jill McIntee
_____        By: _____
Print Name                                          Signature

FPDOCS 34314019.1

*Dimas O'Campo v. Steve De Clerck Enterprioses, Inc.*
*Case No. 2:16-cv-01769-JAM-CMK*
*Service List*

| | |
|---|---|
| Scottlynn J. Hubbard, IV<br>Disabled Advocacy Group, APLCS<br>12 Williamsburg Lane<br>Chico, CA 95926<br><br>Tel: 530-895-8244<br>Email: usdceast@hubslaw.com | Attorneys for Plaintiff<br>Dimas O'Campo |
| Darrin William Mercier, Esq.<br>Law Office of Darrin W. Mercier<br>409 W. Center Street<br>Yreka, CA 96097<br>Tel: (530) 842-2054<br>Email: darrin@sisqlaw.com | Attorney for Defendant and Cross-Claimant Steve De Clerck Enterprises, Inc. Doing business as dba Taco Bell #021286 |
| Gary Charles Brickwood, Esq.<br>Brickwood Law Office<br>1135 Pine Street, Suite 210<br>Redding, CA 96001<br>Tel: (530) 245-1879<br>Email: office@brickwoodlaw.com | Attorneys for Defendant<br>Andrea L. Silver, Successor Trustee of the Lucille F. Morgan Irrevocable Living Trust Number Two also known as Andrea L. Silver Merrill |
| Gary Charles Brickwood, Esq.<br>Brickwood Law Office<br>1135 Pine Street, Suite 210<br>Redding, CA 96001<br>Tel: (530) 245-1879<br>Email: office@brickwoodlaw.com | Attorneys for Defendant and Cross-Claimant Richard Walton Merrill |

4

CERTIFICATE OF SERVICE

FPDOCS 34314019.1