1 | Scottlynn J Hubbard, SBN 212970
2 | **Disabled Advocacy Group, APLC**
3 | 12 Williamsburg Lane
    | Chico, CA 95926
4 | Telephone: (530) 895-3252
5 | Facsimile: (530) 894-8244
    | Email: USDCEast@HubsLaw.com
6 |
7 | Attorneys for Plaintiff Dimas O'Campo

United States District Court
Eastern District of California

| | |
|---|---|
| Dimas O'Campo, | Case No. 2:16-cv-01769-JAM-DMC |
| Plaintiff, | |
| v. | **Stipulation for Dismissal** |
| Steve De Clerck Enterprises, Inc., et al | |
| Defendants. | |

*O'Campo v. Steve De Clerck Enterprises, Inc., et al*      Case No. 2:16-cv-01769-JAM-DMC
Stipulation for Dismissal and [Proposed] Order
Page 1

1  TO THE COURT AND ALL PARTIES:

2      IT IS HEREBY JOINTLY REQUESTED, by plaintiff Dimas O'Campo;
3  and, defendants Steve De Clerck Enterprises, Inc., Andrea L. Silver aka Andrea
4  L. Silver Merrill, Successor Trustee of the Lucille F. Morgan Irrevocable Living
5  Trust Number Two and Richard Walton Merrill that this Court enter a dismissal
6  with prejudice of plaintiff's complaint in the above-entitled action. Each side
7  shall bear their own attorneys' fees and costs.

9  Dated: November 14, 2018    DISABLED ADVOCACY GROUP, APLC

11     */s/ Scottlynn J Hubbard*
12     Scottlynn J Hubbard
13     Attorneys for Plaintiff Dimas O'Campo

14 Dated: November 14, 2018    LAW OFFICE OF DARRIN W. MERCIER

16     */s/ Darrin W. Mercier*
17     Darrin W. Mercier
18     Attorneys for Defendant Steve De Clerck
    Enterprises, Inc.

21 Dated: November 19, 2018    BRICKWOOD LAW OFFICE

23     */s/ Gary Brickwood*
    Gary Brickwood
24     Attorneys for Defendants Andrea L. Silver aka
25     Andrea L. Silver Merrill, Successor Trustee of
    the Lucille F. Morgan Irrevocable Living Trust
26     Number Two and Richard Walton Merrill

*O'Campo v. Steve De Clerck Enterprises, Inc., et al*     Case No. 2:16-cv-01769-JAM-DMC
Stipulation for Dismissal and [Proposed] Order
Page 2

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:16-cv-01769-JAM-DMC is hereby dismissed with prejudice. Each side shall bear their own attorneys' fees and costs.

Dated: 11/19/2018         /s/ John A. Mendez
                          U.S. District Judge John A. Mendez

*O'Campo v. Steve De Clerck Enterprises, Inc., et al*  Case No. 2:16-cv-01769-JAM-DMC
Stipulation for Dismissal and [Proposed] Order
Page 3